# EXHIBIT A


Facebook
facebook.com/LimeDenver
Search Facebook
Lime Denver
Closed now
Price Range · $$
72% recommend (1,287 Reviews)
Lime Denver
July 30 ·
LA MEJOR RUMBA LATINA EN COLORADO... See more
Lime
LATIN
Party
MUSIC BY
PROMOCIONES
SHOW ESPECIALES | LIME EXPERIENCE
Lime Denver
Call now
Monday, October 20, 2025
Mon 3:12 PM (Local time)

Instagram ×  +

instagram.com/p/DMwfM9hMHi5/

Instagram

Home
Search
Explore
Reels
Messages
Notifications
Create
Profile
More
Also from Meta




**limedenver** and **3 others**
Lime Denver

**limedenver** Edited • 11w
LA MEJOR RUMBA LATINA EN COLORADO

TODOS 10$ antes de las 11:00pm

Ven y disfruta de un ambiente sin igual y el mejor servicio de toda la ciudad

RSVP 7209221726
See translation

**hdphotos4you** 11w
🔥🔥🔥
Reply

43 likes
July 30

Add a comment...

Messages

Monday, October 20, 2025
Mon 3:13 PM (Local time)

More posts from limedenver


Instagram
instagram.com/p/DFKDa0dt3UR/
Instagram
Home
Search
Explore
Reels
Messages
Notifications
Create
Profile
More
Also from Meta
Lime NIGHTCLUB
VIERNES 24
LADIES NIGHT
MUJERES NO COVER TODA LA NOCHE
DOS BOTELLAS DE BUCHANAN O MAESTRO DOBEL $300
BOTELLA DE CHAMPAGNE GRATIS PARA GRUPOS DE SEIS MUJERES
1600 CHAMPA ST DENVER CO 80202 SUITE 203 SEGUNDO PISO | RESERVACIONES 7206933822 • 7202911716
limedenver • Follow
limedenver 38w
‼ NO COVER PARA LAS MUJERES TODA LA NOCHE ‼
LA MEJOR FIESTA LATINA EN COLORADO LLEGA A LIME DENVER
NO COVER PARA LAS MUJERES TODA LA NOCHE
2 BOTELLAS DE BUCHANANS O MAESTRO DOBEL X300$
RESERVACIONES VIP 7202911716
No comments yet.
Start the conversation.
10 likes
January 22
Add a comment...
Messages
Monday, October 20, 2025
Mon 3:13 PM (Local time)

Instagram

instagram.com/p/DEGDSGAMuij/

Instagram

Home

Search

Explore

Reels

Messages

Notifications

Create

Profile

More

Also from Meta




limedenver • Follow

limedenver 42w

‼️ CALENTAMOS EL AÑO NUEVO ESTE SÁBADO ‼️

‼️ ENTRADA GRATIS HASTA LAS 11:00pm ‼️

DESPEDIMOS EL ULTIMO FIN DE SEMANA DEL AÑO POR TODO LO ALTO

2 BOTELLAS DE BUCHANNANS O MAESTRO DOBEL POR 300$ 🍾🍾

Llegate temprano y disfruta de la mejor rumba latina de todo Colorado

RESERVACIONES 7202911716 7206933822

**No comments yet.**

13 likes

December 27, 2024

Add a comment...

Messages

Monday, October 20, 2025

Mon 3:14 PM (Local time)

Instagram

instagram.com/p/DEGDSGAMuij/

Instagram

Home
Search
Explore
Reels
Messages
Notifications
Create
Profile
More
Also from Meta




limedenver • Follow

limedenver 42w
‼️ CALENTAMOS EL AÑO NUEVO ESTE SÁBADO ‼️

‼️ ENTRADA GRATIS HASTA LAS 11:00pm ‼️

DESPEDIMOS EL ULTIMO FIN DE SEMANA DEL AÑO POR TODO LO ALTO

2 BOTELLAS DE BUCHANNANS O MAESTRO DOBEL POR 300$ 🍾🍾

Llegate temprano y disfruta de la mejor rumba latina de todo Colorado

RESERVACIONES 7202911716 7206933822

**No comments yet.**

13 likes

December 27, 2024

Add a comment...

Messages

Monday, October 20, 2025

Mon 3:14 PM (Local time)

More posts from limedenver


Facebook
facebook.com/photo?fbid=1133833232081021&set=a.393668179430867
NEW YEARS
WARM UP
COVER 10$
2 BOTELLA DE BUCHANANS O MAESTRO DOBEL X 300$ HASTA MEDIA NOCHE
Lime Denver
December 28, 2024 ·
Like
Comment
Share
No comments yet
Be the first to comment.
Write a comment...
Monday, October 20, 2025
Mon 3:15 PM (Local time)


Facebook
facebook.com/photo?fbid=1133113692152975&set=a.393668182764200
SÁBADO 28
Lime
NIGHTCLUB
NEW YEARS
WARM UP
COVER 10$
2 BOTELLA DE BUCHANANS O MAESTRO DOBEL X 300$ HASTA MEDIA NOCHE
1600 CHAMPA ST DENVER CO 80202 SUITE 203 SEGUNDO PISO
RESERVACIONES 7202911716 • 7206933822
Lime Denver
December 27, 2024 ·
‼️CALENTAMOS EL AÑO NUEVO ESTE SÁBADO ‼️
‼️ENTRADA GRATIS HASTA LAS 11:00pm‼️
DESPEDIMOS EL ULTIMO FIN DE SEMANA DEL AÑO POR TODO LO ALTO
2 BOTELLAS DE BUCHANNANS O MAESTRO DOBEL POR 300$ 🍾🍾
I... See more
61
Like
Comment
Share
No comments yet
Write a comment...
Monday, October 20, 2025
Mon 3:15 PM (Local time)

Instagram

instagram.com/p/DFN_9pIP_le/

Instagram

Home
Search
Explore
Reels
Messages
Notifications
Create
Profile
More
Also from Meta




djreyesinthemix • Follow
Bad Bunny, Los Pleneros de la Cresta • C...

djreyesinthemix 38w
‼️ NO COVER PARA LAS MUJERES TODA LA NOCHE ‼️

LA MEJOR FIESTA LATINA EN COLORADO LLEGA A LIME 🍋 DENVER

NO COVER PARA LAS MUJERES TODA LA NOCHE

2 BOTELLAS DE BUCHANANS O MAESTRO DOBEL X300$

RESERVACIONES VIP 7202911716

**No comments yet.**

Start the conversation.

5 likes
January 24

Add a comment...

Messages

Monday, October 20, 2025
Mon 3:16 PM (Local time)

More posts from djreyesinthemix


Facebook
facebook.com/photo/?fbid=925566826240997&set=a.393668179430867
LATIN
PARTY
Lime
an american cantina
& tequila bar
Lime Denver
March 23, 2024 ·
Like
Comment
Share
No comments yet
Be the first to comment.
Write a comment...
Monday, October 20, 2025
Mon 4:02 PM (Local time)


Facebook
facebook.com/photo/?fbid=924050529725960&set=pcb.924050576392622
SABADO 23 DE MARZO
LATIN PARTY
Lime
an american cantina
& tequila bar
DJ REYES
MIGUEL ALCOCER
MUJERES 20$ HASTA LAS 11:00PM | COVER 25$
500 16TH ST MALL #323,DENVER,CO 80202
This photo is from a post.
View post
Lime Denver
March 21, 2024 ·
Like
Comment
Share
No comments yet
Be the first to comment.
Write a comment...
Monday, October 20, 2025
Mon 4:02 PM (Local time)


Facebook
facebook.com/photo/?fbid=793295686134779&set=pcb.793295779468103
VIERNES 8 SEPTIEMBRE
BRAZIL
Independence
RESERVA VIP. 720.921.1716
DJ REYES IN THE MIX
MUJERES GRATIS Y COCKTAIL HASTA LAS 10:30PM
500 16TH ST MALL #322, DENVER, CO 80202
CO DJS
Lime
an american cantina & tequila bar
CO PARTY NIGHTS
This photo is from a post.
View post
Lime Denver
September 7, 2023
Like
Comment
Share
No comments yet
Be the first to comment.
Write a comment...
Monday, October 20, 2025
Mon 4:04 PM (Local time)


Facebook
facebook.com/photo/?fbid=792663276198020&set=pcb.792663416198006
VIERNES 8 SEPTIEMBRE
BRAZIL
Independence
RESERVA VIP. 720.921.1716
DJ REYES
IN THE MIX
MUJERES GRATIS Y COCKTAIL HASTA LAS 10:30PM
500 16TH ST MALL #322, DENVER, CO 80202
CO DJS
Lime
an american cantina & tequila bar
CO PARTY NIGHTS
This photo is from a post.
View post
Lime Denver
September 6, 2023 ·
Like
Comment
Share
No comments yet
Be the first to comment.
Write a comment...
Monday, October 20, 2025
Mon 4:04 PM (Local time)


Facebook
facebook.com/photo/?fbid=792115536252794&set=a.393668179430867
BRAZIL
Independence
RESERVA VIP. 720.921.1716
DJREYES
IN THE MIX
MUJERES GRATIS Y COCKTAIL HASTA LAS 10:30PM
500 16TH ST MALL #322,DENVER,CO 80202
Lime Denver
September 5, 2023
Like
Comment
Share
No comments yet
Be the first to comment.
Write a comment...
Monday, October 20, 2025
Mon 4:04 PM (Local time)


Facebook
facebook.com/LimeDenver/videos/873792274174165
SABADO
AGO•26
LATIN
PARTY
DJ PRADA
DJREYES
LATIN ROOM
500 16TH ST MALL #322,DENVER,CO 80202
RESERVAS VIP. 720.921.1716
CO PARTY NIGHTS
Lime
an american cantina & tequila bar
Lime Denver
August 23, 2023
¡Este Sabado 29 de Agosto en Lime te espera el Latin Party mas explosivo de Downtwon! ...
See more
2
296
Like
Comment
Share
Comments
See all
Be the first to leave a comment.
Write a comment...
Monday, October 20, 2025
Mon 4:04 PM (Local time)


Facebook
facebook.com/photo?fbid=756819996449015&set=a.393668179430867
JUEVES 13 DE JULIO
JUEVES DE
Colageno
DJ REYES
18+ WELCOME
500 16TH ST MALL #322, DENVER, CO 80202
RESERVACIONES: 720.921.1716
Lime
an american cantina & tequila bar
Lime Denver
July 10, 2023
4
Like
Comment
Share
No comments yet
Be the first to comment.
Write a comment...
Monday, October 20, 2025
Mon 4:05 PM (Local time)


Facebook
facebook.com/LimeDenver/videos/782175783553738
JUEVES 13 DE JULIO
JUEVES DE
Colageno
18+ WELCOME
500 16TH ST MALL #322, DENVER, CO 80202
RESERVACIONES: 720.921.1716
Lime
TikTok
Lime Denver
July 10, 2023 ·
¡Noches de Colágeno en Lime, todos los JUEVES!
Únet...
See more
10
5K
Like
Comment
Share
Comments
See all
Be the first to leave a comment.
Write a comment...
Monday, October 20, 2025
Mon 4:05 PM (Local time)


Facebook
facebook.com/photo?fbid=755586696572345&set=a.393668179430867
SABADO 8 DE JULIO
LATIN
Party
DJ REYES
MIGUEL ALCOCER
500 16TH ST MALL #322,ENVER,CO 80202
RESERVACIONES. 720.921.1716
Lime
an american cantina
& tequila bar
Lime Denver
July 8, 2023 ·
5
Like
Comment
Share
No comments yet
Be the first to comment.
Write a comment...
Monday, October 20, 2025
Mon 4:06 PM (Local time)

Facebook

facebook.com/photo?fbid=754234190040929&set=a.393668162764202




**Lime Denver**
July 6, 2023 · Denver, CO, United States ·

¡Prepárense para la rumba más chimba en Lime este Sábado 8 de Julio! 🎉🎧 Con los mezclotes de DJ Reyes y DJ Alcocer, la pista va a prenderse en llamas!🔥💃

📍500 16th St Mall, Denver, 80202

Así que llama a tus panas, armen su mejor look de rumba y prepárense para vivir una noche llena de goce y desenfreno total. ¡Será una rumba inigualable!💥🌎 Lime Style😈

Reservaciones: ☎️720-921-1716

**#Lime #... See more**
— at **Lime Denver**.

9 2

Like Comment Share

Write a comment...

Monday, October 20, 2025
Mon 4:06 PM (Local time)

# EXHIBIT B



Facebook
facebook.com/photo/?fbid=1363108909153451&set=a.393668182764200
TEQUILA
DonJulio
SUNDAY 21
Lime
RESERVAS VIP
7209211716
MUSIC BY
NOCHE
Cabana
COVER GRATIS HASTA LAS 11:00 PM
LIME DENVER
BLACK LABEL FOR SALE 200$
LA PRIMERA BOTELLA
1600 CHAMPA ST. DENVER CO 80202
Lime Denver
September 19 ·
Domingo cubano
Ven y disfruta de la mejor noche cubana en Denver
Tu primer botella de black label 200$
No Cover toda la noche
DJT... See more
Like
Comment
Share
No comments yet
Be the first to comment.
Write a comment...
Monday, October 20, 2025
Mon 5:16 PM (Local time)


Facebook
facebook.com/photo?fbid=925566826240997&set=a.393668179430867
PARTY
Lime
an american cantina
& tequila bar
Lime Denver
March 23, 2024 ·
Like
Comment
Share
No comments yet
Be the first to comment.
Write a comment...
Monday, October 20, 2025
Mon 5:18 PM (Local time)


Facebook
facebook.com/photo?fbid=924050529725960&set=pcb.924050576392622
SABADO 23 DE MARZO
LATIN PARTY
Lime
an american cantina
& tequila bar
MUJERES 20$ HASTA LAS 11:00PM | COVER 25$
500 16TH ST MALL #323,DENVER,CO 80202
This photo is from a post.
View post
Lime Denver
March 21, 2024 ·
Like
Comment
Share
No comments yet
Be the first to comment.
Write a comment...
Monday, October 20, 2025
Mon 5:18 PM (Local time)


Facebook
facebook.com/photo?fbid=755586696572345&set=a.393668179430867
SABADO 8 DE JULIO
LATIN
Party
DJREYES
IN THE MIX
MIGUEL ALCOCER
500 16TH ST MALL #322,ENVER,CO 80202
RESERVACIONES. 720.921.1716
Lime
an american cantina
& tequila bar
Lime Denver
July 8, 2023 ·
5
Like
Comment
Share
No comments yet
Be the first to comment.
Write a comment...
Monday, October 20, 2025
Mon 5:19 PM (Local time)

Facebook

facebook.com/photo?fbid=754234190040929&set=a.393668162764202




**Lime Denver**
July 6, 2023 · Denver, CO, United States ·

¡Prepárense para la rumba más chimba en Lime este Sábado 8 de Julio! 🎉🎧 Con los mezclotes de DJ Reyes y DJ Alcocer, la pista va a prenderse en llamas!🔥💃

📍500 16th St Mall, Denver, 80202

Así que llama a tus panas, armen su mejor look de rumba y prepárense para vivir una noche llena de goce y desenfreno total. ¡Será una rumba inigualable!💥🌎 Lime Style😈

Reservaciones: ☎️720-921-1716

**#Lime #... See more**
— at **Lime Denver**.

9 · 2

Like · Comment · Share

Write a comment...

Monday, October 20, 2025
Mon 5:19 PM (Local time)

# EXHIBIT C

Facebook

facebook.com/photo/?fbid=1084226940374984&set=a.393668182764200




**Lime Denver**
October 25, 2024 ·

‼️ COSTUME CONTEST 250$ AL DISFRAZ MAS SEXY‼️

👻MUJERES GRATIS HASTA LAS 11:00pm Y 1 MARGARITA 🍸 GRATIS👻

🎃EMPEZAMOS HALLOWEEKEND🎃

THE REAL LATIN OARTY BABY LIME 🍋

1600 C... **See more**

1 | 1

Like | Comment | Share

Most relevant

**Kat Morales**
Yo voy a la del sábado!
51w Like Reply

Write a comment...

Monday, October 20, 2025
Mon 2:43 PM (Local time)


Facebook
facebook.com/photo/?fbid=1080350920762586&set=a.393668179430867
Ladies Night
CONCURSO DE DISFRACES
250$ AL DISFRAZ MAS SEXY
MUJERES NO COVER HASTA LAS 11:00PM
1600 CHAMPA ST DENVER CO 80202 SUITE 203 SEGUNDO PISO
RESERVACIONES VIP 7202911716
Lime Denver
October 20, 2024 ·
1
Like
Comment
Share
No comments yet
Be the first to comment.
Write a comment...
Monday, October 20, 2025
Mon 2:44 PM (Local time)

Instagram

instagram.com/p/DBjU3XxNw4i/

Instagram

Home

Search

Explore

Reels

Messages

Notifications

Create

Profile

More

Also from Meta




limedenver • Follow

limedenver 51w

‼️ COSTUME CONTEST 250$ AL DISFRAZ MAS SEXY ‼️

MUJERES GRATIS HASTA LAS 11:00pm Y 1 MARGARITA 🍸 GRATIS

🎃 EMPEZAMOS HALLOWEEKEND 🎃

THE REAL LATIN OARTY BABY LIME

1600 CHAMPA ST DENVER CO 80202 SUITE 203

See translation

jeffryg213 51w

🔥

Reply

littleoctopussausage 51w

16 likes

October 25, 2024

Add a comment...

Messages

Monday, October 20, 2025

Mon 2:44 PM (Local time)

More posts from limedenver

# EXHIBIT D

Facebook

facebook.com/photo?fbid=767350462062635&set=a.393668162764202




**Lime Denver**
July 27, 2023 ·

Te gusta la Rumba de la buena? 🎉 Este Sábado 29 de Julio, Lime te invita a una rumba que solo nosotros podemos ofrecerte. ¡Prepárate para la noche más épica en Downtown! 🔥💃

📍 Lugar: 500 16th St Mall #322, Denver, CO 80202

Ven y disfruta de la mejor música, el ambiente más prendido y las sorpresas que solo Lime puede brindarte. DJ Reyes y DJ Ben en tarima!

🎉 Reserva tu lugar ahora mismo llamando al ☎️ 720-921-1716 y asegura tu entrada a esta fiesta única en su clase. ¡Las reser... **See more**

5 26

Like Comment Share

Write a comment...

Monday, October 20, 2025
Mon 4:22 PM (Local time)


Facebook
facebook.com/photo?fbid=767335472064134&set=pcb.767336918730656
SABADO 29 DE JULIO
LATIN PARTY
DJ REYES IN THE MIX
DJ BNJMN
LATIN ROOM
500 16TH ST MALL #322,DENVER,CO 80202
RESERVACIONES. 720.921.1716
Lime
an american cantina
& tequila bar
This photo is from a post.
View post
Lime Denver
July 27, 2023 ·
Like
Comment
Share
No comments yet
Be the first to comment.
Write a comment...
Monday, October 20, 2025
Mon 4:22 PM (Local time)


Facebook
facebook.com/photo?fbid=793295699468111&set=pcb.793295779468103
VIERNES 8 DE SEPTIEMBRE
TEMPTATION FRIDAY
RESERVA VIP. 720.921.1716
DJ REYES IN THE MIX
MUJERES GRATIS Y COCKTAIL HASTA LAS 10:30PM
500 16TH ST MALL #322, DENVER, CO 80202
Lime
an american cantina & tequila bar
This photo is from a post.
View post
Lime Denver
September 7, 2023 ·
Like
Comment
Share
No comments yet
Be the first to comment.
Write a comment...
Monday, October 20, 2025
Mon 4:23 PM (Local time)

Facebook

facebook.com/photo?fbid=793295686134779&set=pcb.793295779468103




This photo is from a post. View post

Lime Denver
September 7, 2023 ·

Like Comment Share

No comments yet
Be the first to comment.

Write a comment...

Monday, October 20, 2025
Mon 4:23 PM (Local time)


Facebook
facebook.com/photo?fbid=792663282864686&set=pcb.792663416198006
VIERNES 8 DE SEPTIEMBRE
TEMPTATION FRIDAY
RESERVA VIP. 720.921.1716
DJ REYES
IN THE MIX
MUJERES GRATIS Y COCKTAIL HASTA LAS 10:30PM
500 16TH ST MALL #322, DENVER, CO 80202
Lime
an american cantina & tequila bar
This photo is from a post.
View post
Lime Denver
September 6, 2023 ·
Like
Comment
Share
No comments yet
Be the first to comment.
Write a comment...
Monday, October 20, 2025
Mon 4:23 PM (Local time)

Facebook

facebook.com/photo?fbid=792663276198020&set=pcb.792663416198006




This photo is from a post. View post

Lime Denver
September 6, 2023 ·

Like Comment Share

No comments yet
Be the first to comment.

Write a comment...

Monday, October 20, 2025
Mon 4:24 PM (Local time)


Facebook
facebook.com/photo?fbid=792115536252794&set=a.393668179430867
BRAZIL
Independence
RESERVA VIP. 720.921.1716
DJREYES
IN THE MIX
MUJERES GRATIS Y COCKTAIL HASTA LAS 10:30PM
500 16TH ST MALL #322,DENVER,CO 80202
Lime Denver
September 5, 2023
Like
Comment
Share
No comments yet
Be the first to comment.
Write a comment...
Monday, October 20, 2025
Mon 4:24 PM (Local time)


Facebook
facebook.com/photo?fbid=791381809659500&set=a.393668179430867
TEMPTATION
FRIDAY
RESERVA VIP. 720.921.1716
DJ REYES
IN THE MIX
MUJERES GRATIS Y COCKTAIL HASTA LAS 10:30PM
500 16TH ST MALL #322,DENVER,CO 80202
Lime Denver
September 4, 2023 ·
2
Like
Comment
Share
Most relevant
No comments yet
Be the first to comment.
Write a comment...
Monday, October 20, 2025
Mon 4:24 PM (Local time)


Facebook
facebook.com/photo/?fbid=841541017976912&set=a.393668179430867
LATIN
PARTY
DJ PRADA
LATIN ROOM
DJ REYES
IN THE MIX
PARTY NIGHTS
Lime
Lime Denver
November 18, 2023
4
Like
Comment
Share
No comments yet
Be the first to comment.
Write a comment...
Monday, October 20, 2025
Mon 4:24 PM (Local time)

Facebook

facebook.com/photo/?fbid=840194978111516&set=a.393668182764200




Lime Denver

November 16, 2023 ·

🔥🔥🍾🍾LATIN PARTY BABY🍾🍾🔥🔥

LO MEJOR DEL REGGAETON, DEMBOW 🔥 GUARACHA 💣 MERENGUE Y MAS EN LIME

ESTE FIN DE SEMANA LA MEJOR RUMBA LATINA SIGUE AQUI 😈🔥💃🎉👌

LLAMANOS PARA HACER TU RESERVACION

INFO Y RESERVAS... **See more**

18 · 2

Like · Comment · Share

Most relevant

**Fulano De Tal**

🔥🔥🔥

1y · Like · Reply

Most relevant is selected, so some comments may have been filtered out.

Write a comment...

Monday, October 20, 2025

Mon 4:24 PM (Local time)

# EXHIBIT E


Facebook
facebook.com/LimeDenver/videos/2292318237777387
VIERNES 6 DE SEPTIEMBRE
LADIES NIGHT
NO COVER Y TOMAN GRATIS
MUJERES NO COVER Y ENTRAN GRATIS HASTA LAS 11:00PM
1600 CHAMPA ST DENVER CO 80202 SUITE 203 SEGUNDO PISO | +21
RESERVACIONES VIP 7202911716
Lime
Lime Denver
September 6, 2024 ·
‼️‼️LADIES FREE DRINKS AND NO COVER‼️‼️
...
See more
357
Like
Comment
Share
Comments
See all
Be the first to leave a comment.
Write a comment...
Monday, October 20, 2025
Mon 2:48 PM (Local time)


Facebook
facebook.com/photo/?fbid=1042900004507678&set=a.393668162764202
VIERNES 6 DE SEPTIEMBRE
LADIES NIGHT
DJ REYES
IN THE MIX
MUJERES NO COVER Y ENTRAN GRATIS HASTA LAS 11:00PM
1600 CHAMPA ST DENVER CO 80202 SUITE 203 SEGUNDO PISO | +21
RESERVACIONES VIP 7202911716
Lime
NIGHTCLUB
Lime Denver
September 4, 2024 ·
Girls enter and drink free till 11pm
Like
Comment
Share
No comments yet
Be the first to comment.
Write a comment...
Monday, October 20, 2025
Mon 2:48 PM (Local time)


Facebook
facebook.com/photo/?fbid=1042031114594567&set=a.393668179430867
LADIES NIGHT
DJREYES
IN THE MIX
MUJERES NO COVER Y ENTRAN GRATIS HASTA LAS 11:00PM
1600 CHAMPA ST DENVER CO 80202 SUITE 203 SEGUNDO PISO | +21
RESERVACIONES VIP 7202911716
Lime Denver
September 3, 2024 ·
1
Like
Comment
Share
No comments yet
Be the first to comment.
Write a comment...
Monday, October 20, 2025
Mon 2:48 PM (Local time)


Instagram
instagram.com/p/C_lPHb7Ce4U/
Instagram
Home
Search
Explore
Reels
Messages
Notifications
Create
Profile
More
Also from Meta
VIERNES 6 DE SEPTIEMBRE
LADIES NIGHT
NO COVER Y TOMAN GRATIS
MUJERES NO COVER Y ENTRAN GRATIS HASTA LAS 11:00PM
1600 CHAMPA ST DENVER CO 80202 SUITE 203 SEGUNDO PISO | +21
Lime
limedenver • Follow
limedenver 58w
‼ ‼ LADIES FREE DRINKS AND NO COVER ‼ ‼
‼ MUJERES NO PAGAN COVER Y BEBEN GRATIS ‼
HASTA LAS 11;00pm LAS MUJERES ENTRAN GRATIS Y TOMAN GRATIS
LA MEJOR RUMBA LATINA EN UNA NUEVA LOCACION Y COMPLETAMENTE RENOVADO ESTA AQUI EN LIME
1600 CHAMPA ST DENVER CO 80202
RESERVACIONES VIP 7202911716
See translation
No comments yet.
220 views
September 6, 2024
Add a comment...
Messages
Monday, October 20, 2025
Mon 2:49 PM (Local time)


Instagram
instagram.com/p/C_g77LYsAWm/
Instagram
Home
Search
Explore
Reels
Messages
Notifications
Create
Profile
More
Also from Meta
VIERNES 6 DE SEPTIEMBRE
LADIES NIGHT
DJ REYES
MUJERES NO COVER Y ENTRAN GRATIS HASTA LAS 11:00PM
1600 CHAMPA ST DENVER CO 80202 SUITE 203 SEGUNDO PISO | +21
RESERVACIONES VIP 7202911716
Lime
NIGHTCLUB
limedenver • Follow
limedenver 58w
Girls enter and drink free till 11pm
No comments yet.
Start the conversation.
11 likes
September 4, 2024
Add a comment...
Messages
Monday, October 20, 2025
Mon 2:49 PM (Local time)

# EXHIBIT F

Instagram

instagram.com/p/C_g77LYsAWm/

Instagram

Home

Search

Explore

Reels

Messages

Notifications

Create

Profile

More

Also from Meta




limedenver • Follow

limedenver 58w
Girls enter and drink free till 11pm 🍾💅

**No comments yet.**

Start the conversation.

11 likes

September 4, 2024

Add a comment...

Messages

Monday, October 20, 2025

Mon 2:49 PM (Local time)


Facebook
facebook.com/LimeDenver/videos/2292318237777387
VIERNES 6 DE SEPTIEMBRE
LADIES NIGHT
DJ REYES
NO COVER Y TOMAN GRATIS
MUJERES NO COVER Y ENTRAN GRATIS HASTA LAS 11:00PM
1600 CHAMPA ST DENVER CO 80202 SUITE 203 SEGUNDO PISO | +21
RESERVACIONES VIP 7202911716
Lime
Lime Denver
September 6, 2024 ·
‼️ ‼️LADIES FREE DRINKS AND NO COVER‼️ ‼️
...
See more
357
Like
Comment
Share
Comments
See all
Be the first to leave a comment.
Write a comment...
Monday, October 20, 2025
Mon 2:48 PM (Local time)


Facebook
facebook.com/photo/?fbid=1042900004507678&set=a.393668162764202
VIERNES 6 DE SEPTIEMBRE
LADIES NIGHT
DJ REYES
IN THE MIX
MUJERES NO COVER Y ENTRAN GRATIS HASTA LAS 11:00PM
1600 CHAMPA ST DENVER CO 80202 SUITE 203 SEGUNDO PISO | +21
RESERVACIONES VIP 7202911716
Lime
NIGHTCLUB
Lime Denver
September 4, 2024 ·
Girls enter and drink free till 11pm
Like
Comment
Share
No comments yet
Be the first to comment.
Write a comment...
Monday, October 20, 2025
Mon 2:48 PM (Local time)


Facebook
facebook.com/photo/?fbid=1042031114594567&set=a.393668179430867
LADIES NIGHT
DJREYES
IN THE MIX
MUJERES NO COVER Y ENTRAN GRATIS HASTA LAS 11:00PM
1600 CHAMPA ST DENVER CO 80202 SUITE 203 SEGUNDO PISO | +21
RESERVACIONES VIP 7202911716
Lime Denver
September 3, 2024 ·
1
Like
Comment
Share
No comments yet
Be the first to comment.
Write a comment...
Monday, October 20, 2025
Mon 2:48 PM (Local time)


Instagram
instagram.com/p/C_lPHb7Ce4U/
Instagram
Home
Search
Explore
Reels
Messages
Notifications
Create
Profile
More
Also from Meta
VIERNES 6 DE SEPTIEMBRE
LADIES NIGHT
NO COVER Y TOMAN GRATIS
MUJERES NO COVER Y ENTRAN GRATIS HASTA LAS 11:00PM
1600 CHAMPA ST DENVER CO 80202 SUITE 203 SEGUNDO PISO | +21
Lime
limedenver • Follow
limedenver 58w
‼ ‼ LADIES FREE DRINKS AND NO COVER ‼ ‼
‼ MUJERES NO PAGAN COVER Y BEBEN GRATIS ‼
HASTA LAS 11;00pm LAS MUJERES ENTRAN GRATIS Y TOMAN GRATIS
LA MEJOR RUMBA LATINA EN UNA NUEVA LOCACION Y COMPLETAMENTE RENOVADO ESTA AQUI EN LIME
1600 CHAMPA ST DENVER CO 80202
RESERVACIONES VIP 7202911716
See translation
No comments yet.
220 views
September 6, 2024
Add a comment...
Messages
Monday, October 20, 2025
Mon 2:49 PM (Local time)


Facebook
facebook.com/photo/?fbid=756819996449015&set=a.393668179430867
JUEVES 13 DE JULIO
JUEVES DE
Colageno
18+ WELCOME
500 16TH ST MALL #322, DENVER, CO 80202
RESERVACIONES: 720.921.1716
Lime
an american cantina & tequila bar
Lime Denver
July 10, 2023 ·
4
Like
Comment
Share
No comments yet
Be the first to comment.
Write a comment...
Monday, October 20, 2025
Mon 2:58 PM (Local time)


Facebook
facebook.com/LimeDenver/videos/782175783553738
JUEVES 13 DE JULIO
JUEVES DE
Colageno
18+ WELCOME
500 16TH ST MALL #322, DENVER, CO 80202
RESERVACIONES: 720.921.1716
Lime
TikTok
Lime Denver
July 10, 2023 ·
¡Noches de Colágeno en Lime, todos los JUEVES!
Únet...
See more
10
5K
Like
Comment
Share
Comments
See all
Be the first to leave a comment.
Write a comment...
Monday, October 20, 2025
Mon 2:58 PM (Local time)

# EXHIBIT G

Instagram

instagram.com/p/DEGDSGAMuij/

Instagram

Home
Search
Explore
Reels
Messages
Notifications
Create
Profile
More
Also from Meta




limedenver • Follow

limedenver 42w
‼ CALENTAMOS EL AÑO NUEVO ESTE SÁBADO ‼

‼ ENTRADA GRATIS HASTA LAS 11:00pm ‼

DESPEDIMOS EL ULTIMO FIN DE SEMANA DEL AÑO POR TODO LO ALTO

2 BOTELLAS DE BUCHANNANS O MAESTRO DOBEL POR 300$ 🍾🍾

Llegate temprano y disfruta de la mejor rumba latina de todo Colorado

RESERVACIONES 7202911716 7206933822

**No comments yet.**

13 likes
December 27, 2024

Add a comment...

Messages

Monday, October 20, 2025
Mon 2:53 PM (Local time)


Facebook
facebook.com/photo/?fbid=1133833232081021&set=a.393668179430867
NEW YEARS
WARM UP
COVER 10$
2 BOTELLA DE BUCHANANS O MAESTRO DOBEL X 300$ HASTA MEDIA NOCHE
Lime Denver
December 28, 2024 ·
Like
Comment
Share
No comments yet
Be the first to comment.
Write a comment...
Monday, October 20, 2025
Mon 2:53 PM (Local time)

Facebook

facebook.com/photo/?fbid=1133113692152975&set=a.393668182764200




**Lime Denver**
December 27, 2024 ·

‼️ CALENTAMOS EL AÑO NUEVO ESTE SÁBADO ‼️

‼️ ENTRADA GRATIS HASTA LAS 11:00pm ‼️

DESPEDIMOS EL ULTIMO FIN DE SEMANA DEL AÑO POR TODO LO ALTO

2 BOTELLAS DE BUCHANNANS O MAESTRO DOBEL POR 300$ 🍾🍾

L... **See more**

61

Like Comment Share

**No comments yet**

Write a comment...

Monday, October 20, 2025

Mon 2:53 PM (Local time)

# EXHIBIT H


Facebook
facebook.com/photo/?fbid=2831671163565478&set=a.675314309201185
THE REAL LATIN PARTY
Lime
an american cantina & tequila bar
LATIN
PARTY
SABADO 21 MARZO
SUR AMERICA EN LA CASA
DJ JAVI
DESDE COLOMBIA
2SLIKK
DESDE PERU
MOJITOS FROZEN $6 ALL NIGHT
FOR RESERVATION CALL+1 (720) 651-2171 | 500 16TH ST MALL #322,DENVER, CO 80202
2 Slikk
March 5, 2020
Making my debut at Lime Pavilions on March 21st
Come crash the party with me‼️
5
Like
Comment
Share
No comments yet
Be the first to comment.
Write a comment...
Monday, October 20, 2025
Mon 3:04 PM (Local time)

# EXHIBIT I

Facebook

facebook.com/photo/?fbid=825559002908447&set=a.393668182764200




**Lime Denver**
October 24, 2023 ·

PRIMER FIESTA DE DISFRACES DEL FIN DE SEMANA

ESTE VIERNES LAS MUJERES ENTRAN GRATIS HASTA LAS 10:30pm

MARGARITA GRATIS DE CORTESIA

PREMIOS PARA LAS CHICAS MAS SEXYS DE LA NOCHE

VIERNES... **See more**

Like Comment Share

**No comments yet**
Be the first to comment.

Write a comment...

Monday, October 20, 2025
Mon 4:19 PM (Local time)


Facebook
facebook.com/photo?fbid=825556969575317&set=a.393668182764200
VIERNES 27
ANGELES VS DEMONIOS
DJ REYES
PREMIOS A LA CHICA MAS SEXY | 1RO Y 2DO LUGAR SERVICIOS DE BOTELLA
MUJERES GRATIS + COCKTAIL HASTA LAS 10:30PM
RESERVAS VIP 7209211716
500 16TH ST MALL #222, DENVER, CO 80202
Lime
an american cantina & tequila bar
Lime Denver
October 24, 2023 ·
PRIMER FIESTA DE DISFRACES DEL FIN DE SEMANA
ESTE VIERNES LAS MUJERES ENTRAN GRATIS HASTA LAS 10:30pm
MARGARITA GRATIS DE CORTESIA
PREMIOS PARA LAS CHICAS MAS SEXYS DE LA NOCHE
VIERNES... See more
Like
Comment
Share
No comments yet
Be the first to comment.
Write a comment...
Monday, October 20, 2025
Mon 4:19 PM (Local time)


Facebook
facebook.com/photo/?fbid=825556759575338&set=a.393668179430867
ANGELES VS DEMONIOS
DJREYES
PREMIOS A LA CHICA MAS SEXY | 1RO Y 2DO LUGAR SERVICIOS DE BOTELLA
MUJERES GRATIS + COCKTAIL HASTA LAS 10:30PM
RESERVAS VIP 7209211716
500 16TH ST MALL #322,DENVER,CO 80202
Lime Denver
October 24, 2023 ·
Like
Comment
Share
No comments yet
Be the first to comment.
Write a comment...
Monday, October 20, 2025
Mon 4:19 PM (Local time)


Facebook
facebook.com/photo/?fbid=822220289908985&set=pcb.822220363242311
VIERNES 27
ANGELES VS DEMONIOS
DJ REYES
PREMIOS A LA CHICA MAS SEXY | 1RO Y 2DO LUGAR SERVICIOS DE BOTELLA
MUJERES GRATIS + COCKTAIL HASTA LAS 10:30PM
RESERVAS VIP 7209211716
500 16TH ST MALL # ,DENVER,CO 80202
Lime
This photo is from a post.
View post
Lime Denver
October 19, 2023 ·
1
Like
Comment
Share
No comments yet
Be the first to comment.
Write a comment...
Monday, October 20, 2025
Mon 4:19 PM (Local time)