


# Summary

## For this Record...

Filing history and documents
Show entity

File a form

Subscribe to email notification
Unsubscribe from email notification
Subscribe to text notification
Unsubscribe from text notification

Business Home

Business Information
Business Search

FAQs, Glossary and Information

| Details | | | |
|---|---|---|---|
| **Trade name** | Lime Nightclub | | |
| **Registrant name** | Lime Champa, LLC | | |
| **Status** | Effective | **Formation Date** | 08/15/2024 |
| **ID number** | 20241807192 | **Form** | Limited Liability Company |
| **Renewal month** | n/a | **Expiration Date** | n/a |
| **Primary residence or usual place of business street address** | n/a | | |
| **Primary residence or usual place of business mailing address** | n/a | | |

Filing history and documents
Show entity
Get a certificate of fact of trade name (PDF)
Get certified copies of documents
File a form
Set up secure business filing
Subscribe to email notification
Unsubscribe from email notification
Subscribe to text notification
Unsubscribe from text notification

Back



EXHIBIT 2