

# Summary

**For this Record...**

Filing history and documents
Show entity

File a form

Subscribe to email notification
Unsubscribe from email notification
Subscribe to text notification
Unsubscribe from text notification

Business Home

Business Information
Business Search

FAQs, Glossary and Information

| **Details** | | | |
|---|---|---|---|
| **Trade name** | Lime an American Cantina | | |
| **Registrant name** | Limemark, LLC, Delinquent August 1, 2012 | | |
| **Status** | Expired | **Formation Date** | 03/16/2006 |
| **ID number** | 20061114876 | **Form** | Limited Liability Company |
| **Renewal month** | June | **Expiration Date** | 09/01/2013 |
| **Primary residence or usual place of business street address** | n/a | | |
| **Primary residence or usual place of business mailing address** | n/a | | |

Filing history and documents

Show entity

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

Subscribe to text notification

Unsubscribe from text notification

Back



**EXHIBIT 3**