**Summary of Alleged Images of Plaintiff Crespo**

| ECF No. 1-1 | | | | | | |
|---|---|---|---|---|---|---|
| **Exhibit** | **Page** | **Date** | **Location** | **Likes** | **Description** | **Entity** |
| H | 60 | 3/5/20 | Facebook | 5 | Image of two unidentified women | Lime an American cantina<br>500 16th Street Mall |

**EXHIBIT 4**