**Summary of Alleged Depictions of Plaintiff Bartlett**

| ECF No. 1-1 | | | | | | |
|---|---|---|---|---|---|---|
| **Exhibit** | **Page** | **Date** | **Location** | **Likes** | **Description** | **Entity** |
| I | 65 | 10/19/23 | Facebook | 0 | Identical image of two unidentified women | Lime an American cantina 500 16th St Mall |
| I | 62 | 10/24/23 | Facebook | 0 | | |
| I | 63 | 10/24/23 | Facebook | 0 | | |
| I | 64 | 10/24/23 | Facebook | 0 | | |
| **11/25/23 – 2 years before Complaint filed on 11/25/25 [ECF No. 1]** | | | | | | |

**EXHIBIT 5**