**Summary of Alleged Images of Plaintiff Rao**

| **ECF No. 1-1** | | | | | | |
|---|---|---|---|---|---|---|
| **Exhibit** | **Page** | **Date** | **Location** | **Likes** | **Description** | **Entity** |
| D | 31 | 7/27/23 | Facebook | 5 | Identical Image of two unidentified women and an unidentified man | Lime an American cantina 500 16th St Mall |
| D | 32 | 7/27/23 | Facebook | 0 | | |
| D | 37 | 9/5/23 | Facebook | 0 | Identical Image of two unidentified women | Lime an American cantina 500 16th St Mall |
| D | 36 | 9/6/23 | Facebook | 0 | | |
| D | 34 | 9/7/23 | Facebook | 0 | | |
| D | 38 | 9/4/23 | Facebook | 0 | Identical Image of two unidentified women | Lime an American cantina 500 16th St Mall |
| D | 35 | 9/6/23 | Facebook | 0 | | |
| D | 33 | 9/7/23 | Facebook | 0 | | |
| **9/29/23 Lime Champa formed** | | | | | | |
| D | 40 | 11/16/23 | Facebook | 18 | Identical Image of one unidentified woman | Lime an American cantina 500 16th St Mall |
| D | 39 | 11/18/23 | Facebook | 4 | | |
| **11/25/23 2 years before Complaint Filed [ECF No. 1]** | | | | | | |

**EXHIBIT 6**