**Summary of Alleged Images of Plaintiff Yemane**

| **ECF No. 1-1** | | | | | | |
|---|---|---|---|---|---|---|
| **Exhibit** | **Page** | **Date** | **Location** | **Likes** | **Description** | **Entity** |
| B | 24 | 7/8/23 | Facebook | 5 | Identical Image of two unidentified women and an unidentified man | Lime an American cantina 500 16th St Mall |
| B | 25 | 7/6/23 | Facebook | 9 | | |
| **9/29/23 - Lime Champa formed** | | | | | | |
| B | 23 | 3/21/24 | Facebook | 0 | Identical Image of two unidentified women | Lime an American cantina 500 16th St Mall |
| B | 22 | 3/23/24 | Facebook | 0 | | |
| B | 21 | 9/19/25 | Facebook | 0 | Image of one unidentified woman | Lime Champa 1600 Champa St |

**EXHIBIT 7**