**Summary of Alleged Images of Plaintiff Cheri**

| **ECF No. 1-1** | | | | | | |
|---|---|---|---|---|---|---|
| **Exhibit** | **Page** | **Date** | **Location** | **Likes** | **Description** | **Entity** |
| C | 27 | 10/25/24 | Facebook | 1 | Identical Image of three unidentified women | Lime Champa 1600 Champa St. |
| C | 28 | 10/20/24 | Facebook | 1 | | |
| C | 29 | 10/25/24 | Facebook | 16 | | |

**EXHIBIT 8**