**Summary of Alleged Images of Plaintiff Ilene**

<table>
<tr><th colspan="7">ECF No. 1-1</th></tr>
<tr><th>Exhibit</th><th>Page</th><th>Date</th><th>Location</th><th>Likes</th><th>Description</th><th>Entity</th></tr>
<tr><td>E</td><td>42</td><td>9/6/24</td><td>Facebook</td><td>0</td><td rowspan="5">Identical Image of two unidentified women and an unidentified man</td><td rowspan="5">Lime Champa<br>1600 Champa St</td></tr>
<tr><td>E</td><td>43</td><td>9/4/24</td><td>Facebook</td><td>0</td></tr>
<tr><td>E</td><td>44</td><td>9/3/24</td><td>Facebook</td><td>1</td></tr>
<tr><td>E</td><td>45</td><td>9/6/24</td><td>Instagram</td><td>0</td></tr>
<tr><td>E</td><td>46</td><td>9/4/24</td><td>Instagram</td><td>11</td></tr>
</table>

**EXHIBIT 9**