**Summary of Alleged Images of Plaintiff Nabila**

| ECF No. 1-1 | | | | | | |
|---|---|---|---|---|---|---|
| **Exhibit** | **Page** | **Date** | **Location** | **Likes** | **Description** | **Entity** |
| F | 53 | 7/10/23 | Facebook | 4 | Identical Image of two unidentified women | Lime an American cantina 500 16th St Mall |
| F | 54 | 7/10/23 | Facebook | 10 | | |
| **9/29/23 Lime Champa formed** | | | | | | |
| **11/25/23 – 2 years before Complaint filed on 11/25/25 [ECF No. 1]** | | | | | | |
| F | 48 | 9/4/24 | Instagram | 11 | Identical Image of two unidentified women and one unidentified man | Lime Champa 1600 Champa St |
| F | 49 | 9/6/24 | Instagram | 0 | | |
| F | 50 | 9/4/24 | Facebook | 0 | | |
| F | 51 | 9/3/24 | Facebook | 1 | | |
| F | 52 | 9/6/24 | Instagram | 220 views | | |

**EXHIBIT 10**