## Summary of Alleged Images of Plaintiff Guzman

| ECF No. 1-1 | | | | | | |
|---|---|---|---|---|---|---|
| **Exhibit** | **Page** | **Date** | **Source** | **Likes** | **Description** | **Entity** |
| A | 19 | 7/6/23 | Facebook | 9 | Identical Image of two unidentified women and an unidentified man | Lime an American cantina 500 16th St Mall |
| A | 18 | 7/8/23 | Facebook | 5 | | |
| A | 16 | 7/10/23 | Facebook | 4 | Identical Image of two unidentified women | Lime an American cantina 500 16th St Mall |
| A | 17 | 7/10/23 | Facebook | 10 | | |
| A | 15 | 8/23/23 | Facebook | 2 | Single Image of two unidentified women | Lime an American cantina 500 16th St Mall |
| A | 14 | 9/5/23 | Facebook | 0 | Identical Image of two unidentified women | Lime an American cantina 500 16th St Mall |
| A | 13 | 9/6/23 | Facebook | 0 | | |
| A | 12 | 9/7/23 | Facebook | 0 | | |
| **9/29/23 Lime Champa, LLC formed** | | | | | | |
| **11/25/23 – 2 years before Complaint filed on 11/25/25 [ECF No. 1]** | | | | | | |
| A | 10 | 3/23/24 | Facebook | 0 | Identical Image of two unidentified women | Lime an American cantina 500 16th St Mall |
| A | 11 | 3/21/24 | Facebook | 0 | | |
| A | 5 | 12/27/24 | Instagram | 13 | Identical Image of two unidentified women | Lime Champa 1600 Champa St |
| A | 6 | 12/27/24 | Instagram | 13 | | |
| A | 8 | 12/27/24 | Facebook | 61 | | |
| A | 7 | 12/28/24 | Facebook | 0 | | |
| A | 4 | 1/22/25 | Instagram | 10 | Identical image of two unidentified women | Lime Champa[1] 1600 Champa St |
| A | 9 | 1/24/25 | Instagram | 5 | | |
| A | 2 | 7/30/25 | Facebook | 0 | Identical image of one unidentified woman | Lime Champa 1600 Champa St |
| A | 3 | 7/30/25 | Instagram | 43 | | |

**EXHIBIT 11**

[1] Posted by djreyesinthemix. *See* ECF No. 1-1, pp 4 and 9.