**Summary of Alleged Images of Plaintiff Harper**

| ECF No. 1-1 | | | | | | |
|---|---|---|---|---|---|---|
| **Exhibit** | **Page** | **Date** | **Location** | **Likes** | **Description** | **Entity** |
| G | 56 | 12/27/24 | Instagram | 13 | Identical Image of two unidentified women | Lime Champa 1600 Champa St |
| G | 58 | 12/27/24 | Facebook | 61 | | |
| G | 57 | 12/28/24 | Facebook | 0 | | |

**EXHIBIT 12**