IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Susan Prose**

Civil Action No: 1:25-cv-03835-SKC-SBP
Courtroom Deputy: Stef Jeffries

Date: July 14, 2026
FTR: Courtroom A502

| *Parties:* | *Counsel:* |
|---|---|
| JANET GUZMAN, YODIT YEMANE a/k/a JODIE JOE, ANDRA CHERI a/k/a ANA CHERI, STEPHANIE RAO, ASHLEY ILENE, GALLIENNE NABILA, CHRISTEN HARPER, IESHA MARIE CRESPO and LEANNA BARTLETT, | Joseph Casas |
| Plaintiff S, | |
| v. | |
| LIME CHAMPA, LLC d/b/a LIME CHAMPA a/k/a LIME NIGHTCLUB, | Cara Thornton |
| Defendant. | |

**COURTROOM MINUTES**

**SCHEDULING CONFERENCE**

**10:12 a.m. Court in session.**

The Court calls the case. Appearances of counsel.

Discussion is held regarding the parties' proposed Scheduling Order.

The parties signal to the court that they may be in agreement regarding a stay of discovery pending resolution of Defendant's Motion to Dismiss (ECF No. 12). In light of this information, the court finds it appropriate to delay entry of the scheduling order pending additional conferral between the parties regarding the stay issue.

For the reasons stated on the record, it is

**ORDERED:** On or before **July 21,** 2026, the parties shall jointly contact chambers (Prose_Chambers@cod.uscourt.gov) to advise the court whether there is an agreement regarding a stay of discovery.

**Scheduling Order is NOT entered.**

**10:57 a.m. Court in recess.**

Hearing concluded.
Total in-court time: 45 minutes

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.